UNITED STATES of America, Appellee, v. Sam S. FOX, Appellant.

No. 319.

Circuit Court of Appeals, Second Circuit.

April 5, 1937.

Samuel W. Altman, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Curtis Charles Shears, Asst. U. S. Atty., and Maxwell S. McKnight, Sp. Asst. to the U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America, Appellant, v. Carl C. HARPER, Appellee.

No. 7685.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1937.

J. B. Frazier, Jr., of Knoxville, Tenn., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the appellant, United States of America, is desirous of discontinuing the appeal heretofore allowed in and from the District Court of the United States for the Eastern District of Tennessee, Northeastern Division, it is ordered, upon motion of the said appellant, that the appeal be docketed and dismissed at the costs of the said appellant.

UNITED STATES of America, Appellant, v. Roy HOWELL.

No. 10769.

Circuit Court of Appeals, Eighth Circuit.

Feb. 2, 1937.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., G. W. Hendricks, Sp. Asst. to U. S. Atty., of Little Rock, Ark., and John E. Harris and Duke Frederick, Asst. U. S. Attys., both of Fort Smith, Ark.

W. N. Ivie and Earl Blansett, both of Rogers, Ark., and L. W. Eubanks, of Monett, Mo., for appellee.

PER CURIAM.

Remanded to United States District Court for disposition in accordance with stipulation of parties.

UNITED STATES of America, Appellant, v. Mrs. Doch WHEELER, In Her Own Right and as Administratrix of the Estate of William Wheeler, Deceased, Appellee.

No. 7189.

Circuit Court of Appeals, Sixth Circuit.

April 14, 1937.

Horace Frierson, Jr., of Nashville, Tenn., for the United States.

G. C. Boyd, of Cookeville, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there was sufficient evidence upon which to submit to the jury the question as to whether appellee's intestate became totally and permanently disabled during the life of the policy sued on, it is ordered and adjudged that the judgment be and is affirmed.